UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

                Plaintiff,

-vs-                                            Case No. 2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

                Defendant.
_____

**ORDER**

This matter comes to the attention of the Court following a telephone status conference with the Parties. The Parties have asserted that Plaintiff's Motion to Compel and Defendant's Response were filed in February and remain pending. Upon review of the docket, it does not appear that these pleadings were docketed as motions but rather were sent to the Chambers of the Honorable David A. Katz. The parties shall confer regarding the Motion and make a good faith effort to resolve any outstanding discovery matters. Accordingly, it is now

**ORDERED:**

The Plaintiff has up to and including **August 5, 2010** to electronically file the Motion to Compel. The Defendant shall have the time to respond as directed by the Local Rules of this Court. These pleadings must be filed electronically in the CM/ECF system. The Parties are granted leave to do so under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this   22nd   day of July, 2010.

                                                SHERI POLSTER CHAPPELL
                                               UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record