UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

                Plaintiff,

-vs-                                      Case No. 2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

                Defendant.
_____

**ORDER**

This matter comes to the attention of the Court following a telephone status conference with the Parties. The Parties have asserted that Plaintiff's Motion to Compel and Defendant's Response were filed in February and remain pending. Upon review of the docket, it does not appear that these pleadings were docketed as motions but rather were sent to the Chambers of the Honorable David A. Katz. Thus, on July 22, 2010, this Court directed Plaintiff to file the Motion to Compel under seal by August 5, 2010, and that the Defendant would have the time to respond as directed by the Local Rules of this Court.

The Court notes that counsel for Plaintiff did not comply with the Local Rules for filing under seal. Thus, the Court will strike Doc. #237 and direct Plaintiff to comply word for word with Local Rule 1.09 for filing the Motion to Compel under seal. If the Parties have any questions about the procedures for filing under seal, they may contact Kim Arnett in the Clerk's Office at 239-461-2003. Defendant is also given leave to file its Response under seal.

The Parties shall confer regarding the Motion and make a good faith effort to resolve any outstanding discovery matters prior to its filing.

Accordingly, it is now

**ORDERED:**

(1)  Document #237 is **STRIKEN** as its filing does not comply with Local Rules.

(2)  The Plaintiff has up to and including **August 5, 2010** to file its Motion to Compel. The Defendant shall have the time to respond as directed by the Local Rules of this Court. The Parties are granted leave to do so under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this  29th  day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record