# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

           Plaintiff,

-vs-                                         Case No. 2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

           Defendant.

_____

## ORDER

       This matter comes before the Court on Motion to Quash Plaintiff's Subpoena to QBE Reinsurance Corporation, or in the Alternative, Motion for Enlargement (Doc. #247) filed on August 30, 2010 by Defendant QBE Insurance Corporation ("QBE") and Non-Party QBE Reinsurance ("QBE Re") . Plaintiff filed its Response (Doc. # 250) on August 31, 2010. Also before the Court is Plaintiff's Motion for Leave to File a Reply to Royal Marco's Response to the Motion of QBE Reinsurance to Quash Subpoena (Doc. # 252) filed on September 3, 2010.

       In this case, Plaintiff served Non-Party QBE Re with a *subpoena duces tecum* without deposition on August 25, 2010. As the documents at issue were to be produced in New York, New York, the document subpoena was properly issued out of the Southern District of New York. *See* Federal Rule of Civil Procedure 45(a)(2)(C); Doc. #247-2. It is not clear from the subpoena where the documents are located. Rule 45(c)(3)(A) also notes that the *issuing court* must quash or modify a subpoena (emphasis added). This Court has no jurisdiction over any subpoena not issued by this Court and therefore the Motion is due to be denied without prejudice for refiling in the court of

issuance. See <u>Rivertree Landing, LLC v. Murphy</u>, 2007 WL 3333357, *1 (M.D. Fla. Nov. 9, 2007); <u>Sure Fill & Seal, Inc. V. GFF, Inc.</u>, 2009 WL 3171126, *1 (M.D. Fla. Oct. 2, 2009).

Accordingly, it is now

**ORDERED:**

The Motion to Quash Plaintiff's Subpoena to QBE Reinsurance Corporation, or in the Alternative, Motion for Enlargement (Doc. #247) is **DENIED without prejudice**.

Plaintiff's Motion for Leave to File a Reply to Royal Marco's Response to the Motion of QBE Reinsurance to Quash Subpoena (Doc. # 252) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this   7th   day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record