UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

          Plaintiff,

-vs-                              Case No. 2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

          Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff Royal Marco's Emergency Motion to Strike Defendant's Second Amended Rule 26 Disclosures (Doc. #268) filed on October 28, 2010. Defendant QBE Insurance Corporation filed an expedited response on October 29, 2010 (Doc. #271). The Court held a hearing on this matter on November 1, 2010.

As discussed at the hearing, Plaintiff's Motion to Strike is due to be denied. The Court will allow the four fact witnesses disclosed in QBE's Second Amended Rule 26 Disclosures to testify as rebuttal witnesses only. QBE shall produce the witnesses for deposition at a place and time convenient for Plaintiff's counsel. Royal Marco's request for the relevant claims file of these four witnesses is due to be denied without prejudice.

Accordingly, it is now

**ORDERED:**

Plaintiff Royal Marco's Emergency Motion to Strike Defendant's Second Amended Rule 26 Disclosures (Doc. #268) is **DENIED**. Plaintiff Royal Marco's request for the relevant claims file

of the four witnesses who were disclosed in Defendant QBE's Second Amended Rule 26 Disclosures is **DENIED without prejudice**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of November, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record