UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

                         Plaintiff,

-vs-                                                 Case No.   2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

                         Defendant.
_____

## ORDER

This matter comes before the Court on Royal Marco's Emergency Motion to Compel (Doc. #S-6) filed on November 12, 2010.  Defendant QBE filed a response in opposition on November 23, 2010.

The Court held a hearing to discuss the issues raised by the instant Motion on December 1, 2010.  Counsel for QBE has represented that all documents which Royal Marco seeks to compel have already been produced with the exception of documents listed on QBE's privilege log. (Doc. #284-1).  As the Court ruled at the hearing, QBE will produce all documents that were not produced based on relevancy to Royal Marco by December 3, 2010.  The Court will conduct an *in camera* review of the documents to which QBE is claiming attorney-client privilege and make a ruling on the production of those documents in due course.

Accordingly, it is now

**ORDERED:**

Royal Marco's Emergency Motion to Compel (Doc. #S-6) is **GRANTED in part and DENIED in part**. The Court has ordered that QBE produce all documents that were not produced based on relevancy to Royal Marco by **December 3, 2010.** The Court will conduct an *in camera* review of documents to which attorney-client privilege is claimed.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record