**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

          Plaintiff,

-vs-                                        Case No. 2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

          Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to Bring Electronic Equipment Devices Into the Courtroom (Doc. #290) filed on December 2, 2010. Counsel for Plaintiff requests leave to bring various electronic devices in the courtroom for the settlement conference to be held on December 6, 2010. Consistent with the policy in the Fort Myers Division, the Court will allow Plaintiff to bring in one cellular telephone, one iPad, one laptop computer, and one calculator, and will allow Defendant to bring in same. Accordingly, it is now

**ORDERED:**

Plaintiff's Unopposed Motion for Leave to Bring Electronic Equipment Devices Into the Courtroom (Doc. #290) is **GRANTED**. Each side is allowed to bring in one cellular phone, one iPad, one laptop computer, and one calculator to the settlement conference to be held on **December 6, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of December, 2010.

                                                      SHERI POLSTER CHAPPELL
                                                      UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record