UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

        Plaintiff,

-vs-                                       Case No.  2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

        Defendant.
_____

## ORDER

This matter comes before the Court on Royal Marco's Unopposed Motion for Leave to File its Responses to QBE's Motions in Limine Under Seal (Doc. #329) filed on January 21, 2011. Royal Marco requests that certain responses to QBE's Motions in Limine be filed under seal pursuant to Paragraph 10 of the Protective Order entered in this case (Doc. #160). For good cause shown, and because it is unopposed, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Royal Marco's Unopposed Motion for Leave to File its Responses to QBE's Motions in Limine Under Seal (Doc. #329) is **GRANTED**. Royal Marco may filed its responses to QBE's Motions in Limine under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th    day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record