**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROYAL MARCO POINT 1 CONDOMINIUM
ASSOCIATION, INC.,

                Plaintiff,

-vs-                                              Case No.  2:07-cv-16-FtM-99SPC

QBE INSURANCE CORPORATION,

                Defendant.
_____

**ORDER**

This matter comes before the Court on the Parties' Notice of Settlement (Doc. #347) filed on February 11, 2011.  The Parties indicate that they have reached a settlement and will file their settlement documentation shortly.  Accordingly, it is now

      **ORDERED:**

This cause is **DISMISSED without prejudice** and subject to the right of the parties, within **sixty (60)** days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose, or for any party to move to reopen the action, *upon good cause being shown*.  After that **sixty (60)** day period, however, without further order, this dismissal shall be deemed *with prejudice*.  The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further order.

      **DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of February, 2011.

                                              s/ *David A. Katz*
                                              DAVID A. KATZ
                                              U. S. DISTRICT JUDGE

Copies: All Parties of Record